

**Rob Bonta**
Attorney General

600 WEST BROADWAY, SUITE 1800
SAN DIEGO, CA 92101
Telephone: (619) 738-9628
E-Mail: Josh.Patashnik@doj.ca.gov

July 2, 2024

Molly C. Dwyer, Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

RE: *Doe v. Bonta*, No. 24-3700
Notice that filing fee has been paid

Dear Ms. Dwyer:

    I represent the state cross-appellants in this case (which is a cross-appeal to case numbers 24-3654 and 24-3655). On June 24, the Court issued an order instructing cross-appellants to file proof that the $605 appeal filing fee had been paid in the district court. I have confirmed that the fee has been paid, as reflected on the district court docket:

| Date | Dkt | Description |
|---|---|---|
| 06/13/2024 | 229 | NOTIFICATION from Ninth Circuit Court of Appeals of case number assigned and briefing schedule. Appeal Docket No. 24-3700 assigned to Notice of Appeal to 9th Circuit Court of Appeals, 224 as to Defendants Tomas J Aragon, Rob Bonta, Ricardo Lara, Mary Watanabe. (car) (Entered: 06/17/2024) |
| 06/14/2024 | 226 | TRANSCRIPT for proceedings held on 12/18/19 8:06 P.M. TO 8:37 P.M.. Court Reporter/Electronic Court Recorder: BABYKIN COURTHOUSE SERVICES, phone number (626) 963-0566. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 7/5/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/12/2024. (apr) (Entered: 06/17/2024) |
| 06/14/2024 | 227 | NOTICE OF FILING TRANSCRIPT filed for proceedings 12/18/19 8:06 P.M. TO 8:37 P.M. re Transcript 226 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (apr) TEXT ONLY ENTRY (Entered: 06/17/2024) |
| 06/17/2024 | 228 | DESIGNATION of Record on Appeal by Plaintiff Da Vita Inc (Dunbar, Kelly) (Entered: 06/17/2024) |
| 06/21/2024 | 230 | DESIGNATION of Record on Appeal by plaintiffs Stephen Albright, American Kidney Fund, Inc., Dialysis Patient Citizens, Inc., Jane Doe re 221 (Akrotirianakis, Joseph) (Entered: 06/21/2024) |
| 07/02/2024 | | APPEAL FEE PAID: re Notice of Appeal to 9th Circuit Court of Appeals, 224 as to Defendant Rob Bonta; Receipt Number: 18952 in the amount of $605. (fa) (Entered: 07/02/2024) |

Sincerely,

/s/ Joshua Patashnik

JOSHUA PATASHNIK
Deputy Solicitor General

For    ROB BONTA
Attorney General