UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 29 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FRESENIUS MEDICAL CARE ORANGE COUNTY, LLC; DAVITA, INC.; FRESENIUS MEDICAL CARE HOLDINGS, INC., doing business as Fresenius Medical Care North America; US RENAL CARE, INC., <br><br> Plaintiffs - Appellants, <br><br> JANE DOE, STEPHEN ALBRIGHT, AMERICAN KIDNEY FUND, INC., DIALYSIS PATIENT CITIZENS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his Official Capacity as Attorney General of California; RICARDO LARA, in his Official Capacity as California Insurance Commissioner; MARY WATANABE, in her Official Capacity as Director of the California Department of Managed Health Care; TOMAS J. ARAGON, in his official capacity as Director of the California Department of Public Health, <br><br> Defendants - Appellees. | No. 24-3654 <br><br> D.C. Nos. <br> 8:19-cv-02105-DOC-ADS <br> 8:19-cv-02130-DOC-ADS <br><br> Central District of California, Santa Ana <br><br> MANDATE |
| JANE DOE; STEPHEN ALBRIGHT; AMERICAN KIDNEY FUND, INC.; DIALYSIS PATIENT CITIZENS, INC., | No. 24-3655 <br><br> D.C. Nos. <br> 8:19-cv-02105-DOC-ADS <br> 8:19-cv-02130-DOC-ADS |

Plaintiffs - Appellants,

FRESENIUS MEDICAL CARE ORANGE COUNTY, LLC, DAVITA, INC., FRESENIUS MEDICAL CARE HOLDINGS, INC., US RENAL CARE, INC.,

Plaintiffs,

v.

ROB BONTA; RICARDO LARA; MARY WATANABE; TOMAS J. ARAGON,

Defendants - Appellees.

Central District of California, Santa Ana

---

JANE DOE; FRESENIUS MEDICAL CARE ORANGE COUNTY, LLC; DAVITA, INC.; FRESENIUS MEDICAL CARE HOLDINGS, INC.; US RENAL CARE, INC.; STEPHEN ALBRIGHT; AMERICAN KIDNEY FUND, INC.; DIALYSIS PATIENT CITIZENS, INC.,

Plaintiffs - Appellees,

v.

ROB BONTA; RICARDO LARA; MARY WATANABE; TOMAS J. ARAGON,

Defendants - Appellants.

No. 24-3700

D.C. Nos.
8:19-cv-02105-DOC-ADS
8:19-cv-02130-DOC-ADS

Central District of California, Santa Ana

The judgment of this Court, entered April 07, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT